# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEPHANIE McCONNELL, individually,**
**And as Administrator of the Estate of**
**JAMES McCONNELL, Deceased**                    **PLAINTIFF**

V.                                                4:15CV00604 JM

**UNITED STATES OF AMERICA**                                 **DEFENDANTS**

## ORDER OF DISMISSAL

The parties have notified the Court that this action has been settled.

IT IS THEREFORE ORDERED that this action be dismissed with prejudice. The Clerk is directed to close the case.

Dated this 20th day of November 2017.

_____
James M. Moody Jr
United States District Judge